# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2927
_____

TYGHE JOEL COLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Judge David Philip Kreider and Senior Judge Frederick L.
Koberlein, Sr., Judge.


May 20, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andrew Darling of Darling Law, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.